**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| PERSONAL AUDIO, LLC | § | |
| | § | |
| v. | § | |
| TOGI ENTERTAINMENT, INC. | § | Case No. 2:13-CV-13 |
| HOWSTUFFWORKS.COM | § | Case No. 2:13-CV-15 |
| CBS CORP. | § | Case No. 2:13-CV-270 |
| NBCUNIVERSAL MEDIA, LLC | § | Case No.2:13-CV-271 |

**CONSOLIDATION ORDER**

The Court has reviewed the pleadings and has observed that the same patents are asserted in the captioned cases. Given that there are common questions of law and fact, at least with respect to claim construction, and in order to prevent conflicting rulings and to avoid unnecessary cost and delay, the Court hereby consolidates the captioned cases for pretrial purposes only. Case No. 2:13-CV-13 is hereby designated as the lead case. All future filings must be made in the lead case until this consolidation order is vacated.

**SIGNED this 2nd day of August, 2013.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE