IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PERSONAL AUDIO, LLC | § § § | |
| v. | § § § | Case No. 2:13-CV-271-JRG-RSP |
| NBCUNIVERSAL MEDIA, LLC | § § | |

## ORDER

Currently before the Court is the Report and Recommendation filed by Magistrate Judge Payne on March 11, 2014 (Dkt. No. 40) regarding Personal Audio's Motion to Dismiss Defendant NBCUniversal Media, LLC ("NBC") affirmative defenses and counterclaims for failure to state a claim upon which relief can be granted (Dkt. 15, filed July 22, 2013, referred to herein as the "Motion"). No objections having been filed and for the reasons set forth in the Court's Report and Recommendation, the Recommendation is adopted. Accordingly,

IT IS ORDERED that Personal Audio's Motion to Dismiss Defendant NBC's affirmative defenses and counterclaims for failure to state a claim upon which relief can be granted (Dkt. 15) is **GRANTED IN PART** as to NBC's Seventh Affirmative Defense, and **DENIED** as to the remainder.

So Ordered and Signed on this

**Mar 31, 2014**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE