**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **PERSONAL AUDIO, LLC,**<br><br>    Plaintiff,<br><br>**v.**<br><br>**NBCUNIVERSAL MEDIA, LLC**<br><br>    Defendant. | **2:13-cv-271-JRG**<br><br><br>**JURY TRIAL DEMANDED** |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Personal Audio LLC ("Plaintiff") and Defendant NBCUniversal Media, LLC ( "NBC") file this Joint Stipulation of Dismissal to ask that this Court dismiss the claims asserted against NBC in this action with prejudice and that NBC's counterclaims in this action against Plaintiff be dismissed with prejudice

The parties have agreed that each party will bear its own costs and fees.

WHEREFORE, PREMISES CONSIDERED, Plaintiff and NBC respectfully requests that the Court dismiss all claims against NBC with prejudice, dismiss all counterclaims against Plaintiff by NBC with prejudice, and order that each party is to bear its own costs and fees.  A proposed order is attached herewith.

Respectfully Submitted,

Dated: January 13, 2015

*/s/ Papool S. Chaudhari*

By:  _____
Jeremy S. Pitcock
PITCOCK LAW GROUP
1501 Broadway, 12th Floor

1

New York, NY 10036
(646) 571-2237
(646) 571-2001 Fax
jpitcock@pitcocklawgroup.com

Andrew W. Spangler
Texas State Bar No. 24041960
SPANGLER LAW, P.C.
208 N. Green St, Suite 300
Longview, Texas 75601
(903) 753-9300
(903) 553-0403 Fax
spangler@spanglerlawpc.com

Papool S. Chaudhari
Texas State Bar No. 24076978
CHAUDHARI LAW, PLLC
P.O. Box 1863
Wylie, Texas 75098
Phone: (214) 702-1150
Fax: (214) 705-3775
Papool@ChaudhariLaw.com

John Lee (admitted to E.D. Texas)
Jennifer L. Ishimoto (admitted *pro hac vice*)
BANIE & ISHIMOTO LLP
1370 Willow Road, 2nd Fl
Menlo Park, CA 94025
(650) 241-2771
(650) 241-2770 (Fax)
jlee@banishlaw.com
ishimoto@banishlaw.com

**ATTORNEYS FOR PLAINTIFF
PERSONAL AUDIO, LLC**

*/s/ Sharon L. Davis*

Steven Lieberman
Brian S. Rosenbloom
Sharon L. Davis
Jennifer Maisel
ROTHWELL, FIGG, ERNST &
MANBECK, P.C.
607 14th Street, N.W.

2

Suite 800
Washington, DC 20005
Telephone: (202) 783-6040
Facsimile: (202) 783-6031
slieberman@rfem.com
brosenbloom@rfem.com
sdavis@rfem.com
jmaisel@rfem.com

Jennifer Parker Ainsworth
Texas State Bar No. 00784720
WILSON, ROBERTSON & CORNELIUS,
P.C.
One American Center
909 ESE Loop 323, Suite 400
Tyler, TX 75701
(903) 509-5000 (telephone)
(903) 509-5092 (facsimile)
jainsworth@wilsonlawfirm.com

***Attorneys for Defendant***
***NBCUniversal Media, LLC***

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2015, I electronically submitted the foregoing

document with the clerk of court for the U.S. District Court, Eastern District of Texas, using the

electronic case files system of the court. The electronic case files system sent a "Notice of

Electronic Filing" to individuals who have consented in writing to accept this Notice as service

of this document by electronic means, all other counsel of record not deemed to have consented

to electronic service were served with a true and correct copy of the foregoing by first class mail

today, January 13, 2015.

*/s/ Papool S. Chaudhari*
_____
Papool S. Chaudhari

3