# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **PERSONAL AUDIO, LLC,**<br><br>   Plaintiff,<br><br>   v.<br><br>**NBCUNIVERSAL MEDIA, LLC**<br><br>   Defendant. | 2:13-cv-271-JRG-RSP |

## ORDER

Before the Court is Plaintiff Personal Audio, LLC and Defendant NBCUniversal Media, LLC's Stipulation of Dismissal. Based on the parties' Stipulation, the Court hereby orders as follows:

IT IS ORDERED THAT Plaintiff Personal Audio, LLC's claims against Defendant NBCUniversal Media, LLC are hereby dismissed WITH prejudice.

IT IS FURTHER ORDERED THAT Defendant NBCUniversal Media, LLC's counterclaims against Plaintiff Personal Audio, LLC are hereby dismissed WITH prejudice.

IT IS FURTHER ORDERED THAT each party bear its own costs and fees.

SO ORDERED.

**SIGNED this 15th day of January, 2015.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE